JOHN D. RAMOS        80998
_____
Name
OCPF    51-18
_____
10 McGREGOR RANGE ROAD
_____
Address
CHAPARRAL, New MEXICO   88081
_____

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**JAN 2 3 2017**

**MATTHEW J. DYKMAN**
CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

John DomiNGo Ramos , Plaintiff
(Full Name)

v.

WARDEN RicARDO MARtiNEZ ,Defendant(s)
DR NARANJO , DR. BRUCE R. BoyoN,
(MED DIR.) CONCORDIA INSURANCE, Mississippi

CASE NO. 17 CV 120 JB/GBW
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1)    John D. Ramos , is a citizen of New MEXICO
(Plaintiff)                                    ( State )

who presently resides at 10 McGREGOR RANGE RoAD, Chaparral, New Mexico
(Mailing address or place of confinement)

88081
_____

2)    Defendant  RichARdo MARtiNEZ                is a citizen of
(Name of first defendant)

Chaparral, New MEXICO 88081                , and is employed as
(City, State)

WARDEN                  . At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state law?

Yes ☒   No ☐   If your answer is "Yes", briefly explain:
WARDEN MARtiNEZ is AND remains the WARDEN of OtERo COUNTY PRISON
FACILITY. WARDEN MARtiNEZ by law is directly responsible for everything
THAT OCCURS IN THIS PRISON.

XE-2    2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _____DR. NARANJO_____ is a citizen of
(Name of second defendant)

_____CHAPARRAL, NEW MEXICO_____ , and is employed as
(City, State)

_____FACILITY DOCTOR_____ · At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒   No ☐     If your answer is "Yes", briefly explain:

DR. NARANJO WAS THE Attending Physician for All State & Federal
INMATES AT Otero County Prison Facility. It WAS DR. NARANJO Negligence
THAT CAUSED THis THUMB to heal broken!

(Use the back of this page to furnish the above information for additional
defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you
wish to assert Jurisdiction under different or additional statutes, you may list them
below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

ON 5 July, 2016, while exercising at the Otero County Prison Facility
When I fell And suffered A break to my Left thumb. It so happened
THAT the WARDEN stopped to Ask me how I was doing? I Explained my situa-
tion AND he ordered me to see Medical And DR. NARANJO. DR. NARANJO said he
didn't think my thumb was broken but ORDERED XRAYS. On 9 July, 2016, XRAYS
WERE TAKEN. On Numerous occasions I sent Medical slips to the doctor for
A follow-up. DR. NARANJO basically forgot About me until 20 July, 2016. When
I reported to his office on 20 July, 2016, he realized how much time had
Expired. DR. NARANJO repeated over and over "Fuck, fuck, fuck." DR. NARANJO
ORDERED me transported to the El Paso University Medical Center (UMC) where I
was again Xrayed. I spoke to An ORTHOPEDIC Surgeon NAMED VAN T (unknown
LAST NAME). DR. VAN T. wrote out ORDERS for physical Therapy and I was returned
to OCPF. I again saw DR. NARANJO who said my PT had to be Approved by A.
DR. BRUCE R. BOYTON, CORCORDIA Insurance Medical Director. (OVER)

B1 (Continued)

On 6 Oct, 016, I again was Xrayed. Again I saw Dr. Naranjo. I again saw Dr. Naranjo on 4 Nov, 016. On 15 Nov, 016, Again I was transported to UMC, El Paso. I saw an Orthopedic Dr. named Gonzales who again wrote out orders for PT and told me I would suffer pain and lack of mobility for the rest of my life. The approval for my PT was up to Dr. Bruce R. Boston, Medical Director Concordia Insurance. On 21 Dec, 016, I again had my thumb Xrayed. On 29 Nov, 016, I saw Dr. Naranjo for the last time! On 27 Dec, 016, I saw a Dr. Borrego, a Sports Medicine Doctor who informed me that PT was and I quote "A waste of Time and money," unquote. Dr. Borrego also informed me my thumb would hurt me for the rest of my life. Today is 15 Jan, 017, and still nothing has been done for my thumb!

## C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:   (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)   Count I: THE 8ᵀᴴ & 14ᵀᴴ Amendments require prison officials to provide "Adequate food, clothing, shelter, and Medical care to prisoners and take reasonable measures to ensure their safety. Farmers vs Brennan, 511 U.S. 825, 832 (1994) Vain vs Wood, 512 F. 3d 866, 893 (7ᵀᴴ Cir. 2008), Estelle vs Gamble 429 U.S. 97, 103 (1976)

(2)   Supporting Facts:   (Include all facts you consider important, including names of persons involved, places and dates.   Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.) On 5 Jul, 016, Dr. Naranjo examined my left thumb without physically touching me/my hand. Dr. Naranjo stated he didn't think it was broken! On 7 Jul, 016, I was x-rated. Until 20 Jul, 016, Dr. Naranjo basically forgot I existed. On 20 Jul, 016, I again saw Dr. Naranjo who kept repeating "Fuck, Fuck, Fuck!" He ordered me transported to El Paso University Medical Center (UMC) where I was examined by a Dr. Van T. Dr. Van T. stated it was a simple fix if it had been fixed immediately! Dr. Van T. send/sent back PT orders for my thumb. On 6 Oct, 016, I was again x-rated. On 4 Nov, 016, I again saw Dr. Naranjo who informed me that a Dr. Borton, Concordia Insurance, Mississippi was disapproving my PT. On 15 Nov, 016, I again was transported to UMC, saw a Dr. Gonzales who again ordered PT! On 21 Dec, 016, more x-rays. On 27 Dec, 016, saw a Dr. Barrejo who stated that "PT was a waste of time and money!

B)(1)   Count II: Deliberate Indifference (Farmers vs Brennan 511 U.S. 825, 836 (1994) Clement vs Gomez, 298 F. 3d 898, 904 (9ᵀᴴ Cir, 2002)

(2) Supporting Facts: After my initial examination of 5 July, 2016, Dr. Naranjo The physician of Otero County Prison Facility basically forgot I existed. Dr. Naranjo remember my follow-up of 20 July, 2016, only because I persisted on sending sick call slips asking "Why" I was not being followed up from my 5 July, 016, exam and my x-rays of 7 July, 2016? At this time he ordered me transported to UMC.

C)(1)  Count III: Violation of THE 8TH Amendment on Cruel and Unusual Punishment.

(2)  Supporting Facts: That Doctors Van T and Gonzalez/s And finally Dr. Borrego All stated it was a simple fix then cast AND I would be 100%. That Dr. Naranjos ~~Negt~~ Negligence cause me thumb to heal broken! That Dr. Bruce R. Boyton, Concordia Medical Insurance As director of CCPF failed to ~~appt~~ Approve PT ~~for~~ me thumb, PT would have Allowed me greater mobility AND would relieve pain in my thumb. I hurt 24/7 AND Am told that this pain will only ~~on~~ increase As I get ~~end~~ older. (I am currently 70 years of Age). That even surgery will not decrease this pain. That this pain and lack of mobility will only get worse as I continue to Age!

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☒   If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a)  Parties to previous lawsuit.

Plaintiffs:  _____

Defendants:  _____

b)  Name of court and docket number:

c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

d)  Issues raised:  _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☒  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought. I filed An Informal Grievance on 22 July, 2016. The Grievance/Complaint officer responded on 30 July, 2016. I then filed An Inmate Grievance on 2 Aug, 016. By Policy (Inmate Grievances 150500) this grievance must be Answered within 15 working days. According to the Grievance officer my grievance was Not received until 28 Oct, 016 And was signed on 28 Nov, 016. This is in violation of OCPF Policy and Procedures.

E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: For pain And suffering $100,000.  For Negligence by Dr. Naranjo And Dr. Bruce R. Borton, Concordia Insurance Medical Director $150,000.

_____         _John A. Ramos_____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at _Otero County Prison Facility_ on _19 January_ 20_17_.
                    (Location)                                    (Date)

_____John Ramos_____
(Signature)



- S T A T E M E N T -

I, John Ramos, 80998, an inmate of Otero County Prison Facility on the 27th of December, 2016, make the following statement to be truthful to the best of my knowledge. I reported to medical at approximately 3:30pm to a doctor Borrego. Dr. Borrego introduced himself and informed me his speciality was Sports Medicine. The doctor made a point of explaining that physical therapy was a waste of time and money? Which to me made no sense since two (2) Ortho-pedic doctors, a Van T and Gonzales wrote orders for me to get physical therapy because it would eleviate pain and give my thumb greater range of motion. These same two (2) doctors told me that my break was a very simple pulling into place and casting the thumb. Dr. Naranjo allowing my thumb to heal broken now made this impossible! Dr. Borrego also told me that my thumb would continue to hurt for about one (1) year or until the break built up the necessary calcium to protect the break. He wrote out an order for me to receive pain medication. I was told the name but didn't recognize it? The Doctor instructed me to continue exercising. Last but not least he told me that once calcium build up was completed that I would suffer arthritic pain at the break point for the rest of my life because it, the break, involved a joint!

I was told to return to my pod at 5pm.

E N D  —  O F  —  S T A T E M E N T

John Ramos  80998
27 December, 2016
OCPF   51-18
10 McGregor Range Road
Chaparral, New Mexico
88081

Otero County Prison Facility

FORM I-60 / FORMA I-60

TO: _WARDEN Martinez_          DIRIGIDO A: _____

Date / Fecha: _7 Dec, 016_          Name / Nombre: _John Ramos_

Housing / Número de Cama: _S1 - 18_          Inmate No. / No. de Identificación: _80998_

Briefly state the problem with which you require assistance. / Brevemente describa el problema en cual necesita asistencia.

_Would you please provide me with the address to the Concordia Medical Group who oversee MTC And Title to one Dr. Bruce R. Boyton, M.D-_

_Thank You._

**Laundry / Lavanderia:**

☐ Socks / Calcetines
☐ Bag / Bolsa
☐ Sheet / Sabana

☐ Toothbrush / Cepillo de Dientes
☐ Towel / Toalla
☐ Pillow Case / Funda de Almohada
☐ Blanket / Cobija

☐ Underwear / Calzones
☐ T-Shirt / Camiseta
☐ Shirt / Playera
☐ Pants / Pantalones
☐ Shoes / Zapatos

Size / Talla
_____
_____
_____
_____

**Do not write below this line. / No escriba debajo de esta Línea.**

**Disposition / Disposición:**          Date / Fecha: _12-9-16_

_Please get with Contract Monitor for this info_

**MTC** Medical

## Sick Call Request

lity: _OCPF_      Date/Time: _7 Dec, 016, 1215 pm_

ent Name: _John Ramos_      Patient # _80998_

rgies to Medication _Sulfa_      Housing Unit/Bed _51-18_

ent Medications _Meloxicain 15 mg daily_

son for Medical Assistance: _Please provide me with the physical Address to The Concordia/Concordian Medical group that insures MTC and the title to Dr. Bruce R. Borton, M.D. This is requested under the Federal and New Mexico Freedom of Information Acts._

long have you had this problem?   Hours: _____    Days: _1_

ender Signature: _John Ramos_      Date/Time: _7 Dec, 016, 1220 pm_

DO NOT WRITE BELOW THIS LINE

e/Time Received:   DEC 08 2016    Date/Time Responded: _____

Refer to:   Sick Call ( )   Pill Call ( )   L. Ruvalcaba, MRC   Doctor Sick Call ( )   Mental Health ( )   Dental ( )

dical Reply: _We do not have this information. Please see the contract monitor._

dical Staff Signature _m. wisdom, Rn_    Date/Time: _12/8/16 1146_

all Request      Revised July 2015

**MTC** Medical

**Sick Call Request**

Facility: OCPF                                          Date/Time: 4 Dec, 016, 1000 hrs.

Patient Name: John Ramus                    Patient # _____

Allergies to Medication: Sulfa                Housing Unit/Bed: S1-18

Current Medications: Meloxicam 15mg.

Reason for Medical Assistance: I saw Dr. Naranjo on Tuesday the 29th of November
and he ordered Hep. panel blood test. I need this test and the results ASAP
for a Tort claim I filed against Central New Mexico Correctional Facility/CDC.
Also, I'm suppose to return to see the Doctor to see if I've been approved for Physical
Therapy prior to my filing a Federal Lawsuit against Medical/OCPF!

How long have you had this problem?   Hours: _____   Days: 7 days

Sender Signature: John Ramus                   Date/Time: 4 Dec, 016, 1000 hrs.

DO NOT WRITE BELOW THIS LINE

Date/Time Received: 12/5/16   1420      Date/Time Responded: 12/5/16   142

Refer to:   Sick Call ( )   Pill Call ( )   Doctor Sick Call ( )   Mental Health ( )   Dental ( )

Medical Reply: The clinic follows a process. STOP
MAKING these threats because the sick call papers
are not for this purpose

Medical Staff Signature _____          Date/Time: 12/5/16

Sick Call Request                                          Revised July 2015

DEC 05 2016

Otero County Prison Facility                                                    FORM I-60 / FORMA I-60

TO: Ms. Bernal, State Monitor               DIRIGIDO A: _____

Date / Fecha: 18 Nov, 016          Name / Nombre: John Ramos

Housing / Número de Cama: 51-18     Inmate No. / No. de Identificación: 80998

Briefly state the problem with which you require assistance. / Brevemente describa el problema en cual necesita asistencia.

Per our conversation of 18 Nov 016, ref: Formal Grievance. Sent to Cpt Ochoa on or about the 1st week of Aug, ref: broken Left thumb. Spoken w/ Deputy Warden Simmons, Cpt Ochoa, CO Muniz about returning my grievance. As of today NOTHING! I need this grievance returned so I can complete and file my Habeas Corpus in Federal Court.                      Thank You,

Laundry / Lavanderia:
☐ Socks / Calcetines        ☐ Toothbrush / Cepillo de Dientes     ☐ Underwear / Calzones      Size / Talla
☐ Bag / Bolsa               ☐ Towel / Toalla                     ☐ T-Shirt / Camiseta        _____
☐ Sheet / Sabana            ☐ Pillow Case / Funda de Almohada    ☐ Shirt / Playera           _____
                            ☐ Blanket / Cobija                   ☐ Pants / Pantalones        _____
                                                                 ☐ Shoes / Zapatos           _____

**Do not write below this line. / No escriba debajo de esta Línea.**

**Disposition / Disposición:**                     Date / Fecha: 11/29/2016
Please go thrawsh the proper chain of custody and address the grievance process directly with Mr. Muniz. ℞

Ms. Bernal, State Monitor

Enclosed you will find an I-60 w/response that I wrote to Ms. Torres the case manager.

My problem is that "Under the Color of Law," the state and in this case MTC is responsible for my well being! 4 July, I broke my left thumb, had it Xrayed and then Medical/Dr. Naranjo allowed me to fall through the cracks! I was sent to Orthopedic University Medical Center on the 20th of July, 016. The doctor I saw said my thumb had been allowed to heal, even though it was still broken! The Ortho doctor said I needed Physical Therapy. A Dr. Bruce Barton, M.D., overrode this and said "No!!" I again returned to UMC and spoke w/ Dr. Gonzales (15 Nov) an Orthopedic Specialist who again said I needed Physical Therapy in order to alleviate the pain in my left thumb.

I filed both an Informal Complaint (Jul 016) and a Formal Grievance (Aug 016) reference my thumb. The formal still has not been returned even though they've exceeded the maximum 15 days to answer the Grievance.

Los Lunas (CNMCF/RDC) has not only the LTCU/Geriatrics that have physical therapy. There is always an exception to the rule to all Policies and Procedures. Ms. Torres says I don't "Meet the Criteria" yet doesn't tell or explain to me "what" the criteria is? She only makes reference to me being ex-Law-Enforcement. Why should this preclude me getting medical treatment that "Under the Color of Law" I'm entitled to?

She already applied for early parole for medical problems that don't include my broken left thumb.

I only ask to be treated fairly for my medical problems "Under The Color of Law!"

Your assistance will be required.

Thank you,

John Ramos
80998
S1-18

— STATEMENT —

My name is John Ramos, 80998, OCPF S1-18. The following statement is true to the best of my knowledge. This morning 15 November, 2016, I was ordered transported to University Medical Center, El Paso, Texas, office of Orthopedics. My appointment was at approximately 0745 hours. I had Xrays done plus my vitals were taken. A Dr. Gonzales spoke with me and told me that my left thumb had healed improperly and that I need physical therapy to help relieve my thumb pain! I explained how on 20 July, 2016, at UMC (University Medical Center) that the attending Ortho Dr. had also said and ordered me to get Physical therapy. This physical therapy was never ordered because it was shot down by a Dr. Bruce R. Boyton, Medical Director on 6 August, 2016. Dr. Boyton oversees OCPF medical and makes the decisions! Dr. Gonzales again ordered Physical therapy because without it my left thumb will be in continuous pain! He informed me the pain would continue for about 1 to year before the pain diminished. He also informed me I could have surgery to repair the thumb but that the surgery repair was very painful!

I've now been to University Medical Center twice, been ordered to have Physical Therapy on two separate occasions by two (2) separate Orthopedic Specialist yet nothing has been done by Otero County Prison Facility Doctors' Naranjo or Dr. Boyton!

If I ask for pain meds I'm given 3 days worth of 600 mg of Ibuprofen and then the meds are stopped!

————————— End of STATEMENT —————————

John Ramos
John Ramos
80998
S1-18

Form CD-150501.1
Revised 03/31/15 Page 1

## NEW MEXICO CORRECTIONS DEPARTMENT
## INMATE GRIEVANCE

Inmate's Name: _John Ramos_   NMCD#: _80998_   Grievance File #: _16-11-48_

Institution: _OCPF_   Housing Unit: _51-18_   Date of Incident: _4 Jul, 016_

Date Received by Grievance Officer: _10-28-16_

Grievance Officer's Signature: _[signature]_

> **INSTRUCTIONS:** It is expected that problems be resolved in an informal manner. Please read policy/procedure CD-150500 before filing a grievance. Your grievance must be typed or clearly written so as to be readable after photocopying. The grievance **must** be filed with the Institutional Grievance Officer to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary. My L/Thumb was broken on 4 Jul, 016. I saw Dr. Naranjo the same day who ordered Xrays. Found my L/Thumb was broken, yet as of today "Nothing has been done." Orthopedic Surgeon Dr. Van T said my Thumb needs physical therapy and if physical therapy doesn't work that my L/Thumb will need to be re broken and set into a cast. Dr. Van is associated with University Medical Center, El Paso. This should never have happened if immediate follow up by Dr. Naranjo had been done! My pain meds have been stopped, no reason given. My relief is to have them thumb repaired ASAP!

Inmate's Signature: _John Ramos_   Date: _2 Aug, 7/16_

**Relief Requested:**

---

**STEP 2 – To Be Completed by the Grievance Officer:**

A. ✓ your grievance is **accepted** for consideration.

B. ___ your grievance is **being returned** to you because of the following reason:
- ___ 1. The grievance is not readable.
- ___ 2. The matter has been answered in previous grievance #: _____
- ___ 3. The grievance concerns material not grievous under present policy.
- ___ 4. The grievance is a group grievance or petition. (Submit individually.)
- ___ 5. The grievance is not timely.
- ___ 6. Other Specify: _____
  _____

Grievance Officer's Signature: _[signature]_   Date: _10-28-16_

Form CD-150501.1
Revised 03/31/15 Page 2

## NEW MEXICO CORRECTIONS DEPARTMENT
## INMATE GRIEVANCE

Grievance File #: 16-11-48

---

**STEP 3 – Grievance Investigation and Recommendation:**

1. Witness Statement: (          )   See Attached Memo

2. Witness Statement: (          )

3. Grievance Officer Investigation Results and Recommendation

_____          11-28-16
Grievance Officer's Signature                Date

---

**STEP 4 – Decision of Warden/Designee:**  Date received by Grievance Officer: 11-28-16

Denied ( )      Granted ( )      Dismissed ( )      Resolved (x)      Referred ( )

_____

_____

Signature: _____          Date: 11/28/16

Date Returned to Inmate: 11-28-16

---

**STEP 5 – Departmental Appeal:** (Return grievance to Grievance Officer for processing.)
**A. Reason for appeal:**



Inmate's Signature: _____   Date: _____

Date Received By Grievance Officer: _____
Date Sent to Grievance Coordinator: _____

---

**B. Department Decision:**



_____   Date: _____
Cabinet Secretary/Designee

Page #2



## MANAGEMENT & TRAINING CORPORATION

Otero County Prison Facility   •   10 McGregor Range Road   •   Chaparral, NM 88081
Phone:   505-824-4884   •   Fax:   505-824-3158

# MEMO

**To: Ramos, John NMCD 80998**

**From**:  Officer F. Muniz

**Subject:**  Grievance File # 16-11-48

**Date:  November 28, 2016**

This is the response to your grievance on you not receiving appropriate medical care. After meeting with medical staff it was concluded that on August you were referred to see a specialist and were denied by Centurion. Dr. Naranjo has re-submitted paper work to centurion and referred you to see a specialist.

It is the recommendation of the grievance officer that your grievance be resolved.

731

Form CD-150501.3
Revised 03/31/15 Page 1

## NEW MEXICO CORRECTIONS DEPARTMENT

### INMATE INFORMAL COMPLAINT

Inmate Name: _John Ramos_          NMCD#: _80998_

Facility: _OCPF_          HU/Cell #: _51-4_          Date of Incident: _4 Jul, 016_

Name of subject or person to whom the complaint was filed against: _Dr. Naranjo, Medical_

Explain your complaint in detail: _On 4 Jul, I hurt my L/Thumb. Went to see Dr. Naranjo on the 7th. I had Xrays on the 9th and then nothing until the 20th. Went to UNMC on 20 Jul and told by Dr. Van T. that my break has healed improperly and now I need physical therapy or possible surgery!_

Inmate Signature: _John Ramos_          Date: _22 July, 2016_

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

### Unit Manager/Chief of Security/Designee

Date Received: _7/25/16_

I, _G. Valle_          have reviewed the above informal complaint and
  Unit Manager/Chief of Security/Designee

Recommend: _____ ( ✗ ) Resolution_____ ( ) Recommend formal grievance

Explain: _See attached Memo_

Staff Member: _Valle_     /     _[signature]_          Date: _8/1/16_
                    Print / Sign

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Acknowledged by the signatures below, this informal complaint is: ☐ **Resolved**   ☒ **Unresolved**

Unit Mgr/Chief of Security/Designee: _Valle_     _[signature]_          Date: _8/1/16_
                             Print / Sign

Staff Witness: _____ / _____          Date: _____
                 Print / Sign

Inmate: _John Ramos_     /     _John Ramos_          Date: _8-1-16_
                 Print / Sign

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 5 working days of the date of resolution.**

**At time of resolution-the inmate must be given a copy of the completed copy of the Informal Complaint**

**Inmate must attach this document if the formal grievance is to be submitted.**

Rec'd 7/28/16

RECEIVED JUL 25 2016



# MANAGEMENT & TRAINING CORPORATION

Otero County Prison Facility  •  10 McGregor Range Road  •  Chaparral, NM 88081
Phone:  505-824-4884  •  Fax:  505-824-3158

# MEMO

To:        Grievance/**Complaint** Officer

From:      C. Pascale, MHA
           Health Services Administrator

Date:      July 30, 2016

Re:        Ramos, John #80998

Ramos, John 80998 has complaints of receiving physical therapy or surgery for left thumb.  Mr
Ramos is pending approval for a follow up appointment.



**MTC** Medical

**OTERO COUNTY PRISON FACILITY**

## HEALTH SERVICES REQUEST
### SICK CALL / ENFERMERIA

Date / Fecha: _28 July 2016_

Name / Nombre: _John Ramos_        DOB / Fecha nacimiento: _10 JAN, 47_

Allergies to medicine / Alergias de medicina: _Sulfa & Benadryl_

ID number / Numero de identificacion: _80998_

Housing bed # / Numero de cama dormitorio: _S1-18_

REASON FOR MEDICAL ASSISTANCE / RAZON PARA ASISTENCIA MEDICO

On 4 July I injured my thumb. After X-rays I was told by Dr Navarro that my thumb was broken. On 20 July I was sent to WMC and treated by Dr. Van T. An orthopedic Surgeon. Dr. Van sent back paperwork for Physical Therapy. And as of today no one has contacted me reference my future appointments! Am I or Am I not being sent to Physical therapy? And then to top it All off my twice a day Tylenol for pain has been terminated!

I consent treatment by the health care staff for my condition described. / Consentimiento informado para tratamiento de mi enfermedad.

Inmates signature / Firma de inquilino: _John Ramos_

DO NOT WRITE BELOW THIS LINE / NO ESCRIBIR ABAJO DE ESTA LINEA

Date responded: _7/29/16_

Refer to: Sick call ( )   Pill call ( )   Physician ( )   Mental Health ( )   Dental ( )

Response:
You are pending approval to ortho, and then it will be determined if you need physical therapy. Thank you.

Nurse Signature: _Sanchez_

Created 09-12

 Medical                     Patient Medical Property Receipt - Contract

---

Facility: OCPE                    Issued Date: 7/21/16        Time: 0010AN

Patient Name: Ranos, John              Patient # 80998

! have received the following item(s) from the Medical Department

- ☐ Eye Glasses    ☐ New    ☐ Repaired
  ☐ Prescription   ☐ Reading   ☐ Sun glasses
  ☐ With case    ☐ Without case
- ☐ Contact cleaning supplies:_____
- ☐ Hearing Aids    ☐ Left   ☐ Right   ☐ Left and Right
- ☐ Dentures
- ☐ Wheelchair - Expected return date: _____
- ☐ Crutches - Expected return date:_____
- ☐ Cane - Expected return date:_____
- ☐ Orthopedic Support
  ☐ Knee Brace   ☐ Ankle Brace   ☐ Wrist Brace   ☐ Elbow Brace
  ☐ Back Support   ☐ Orthotic Support   ☐ Splint   ☐ Ace Wrap
- ☐ Other: _hand brace   to (L) hand, black in color_
  _provided by umc_

- ☐ **Work limitations associated with Medical Property (check appropriate category (s) )**
  - ☐ Limited Duty                    ☐ Non-Duty/No Work
  - ☐ Confined to living quarters with bathroom privileges
  - ☐ Bottom bunk
  - ☐ Athletic restrictions
  - ☐ Other limitations/considerations _____
    _____
    _____

                    Expected expiration date:_____

I verify that I have received the medical product (s) above. I agree to be responsible for the maintenance of my Medical Equipment. I understand that if it is broken, stolen, or lost, I will be responsible for it's replacement.

_John Rams_                    _7/21/16  00 10AN_
Patient Signature              Date/Time of Receipt

_JBaltpach_                    _7/21/16  00 10AN_
Medical Staff Signature with Title    Date/Time

Patient Medical Property Receipt - Contract - Form              Revised April 2015 / mb

Journal While in Segregation

... with one
2 Jul, Saturday. Taken to medical for BP 122/69, Oxy 98, HR 85. Taken off of ...
set of blues, boat shoes, 1 Tshirt, 1 longsleeve shirt, bedding. Also told my brown folder with legal
paperwork (envelopes, stamps, pictures) Bible, 2 pens, pencils x3, Toenail clipper, emery board, jar, chap-
stick, 1 pr. of sock, 1 pr. of underwear, 4 Ramen, 1 pepsi, 6 ounces of coffee, box of sugar twin, 12 ounces of
Tang, 4 nutty bars, my James Rollins book, pepsi. Given one set of XL red bottoms, 2 blue tops, no towel,
laundry bag or shower shoes. Allowed to keep my drink glass, 4 Ramens, pens/pencils etc, *

3 Jul, Sunday. Given a book called "Last Man Standing," by David Baldacci, 2001, 640 pages. Given 2
rolls of toilet paper.

4 Jul, Monday. Went to rec at 8 AM, walked 2 miles. Washed whites by hand. Still no towel, hand
soap, shower shoes, shampoo. Finally got a state issued bar of soap. Exercised 300ea pushups/situps.
Had bowel movement, yea.

5 Jul, Tuesday. I miss writing/talking to my wife! Fell down while walking laps and injured my left
thumb/hand! Terrible rash on my left outer thigh. Walking/walked 1½ mi, 300 pushups/situps each.
Still no shower since Saturday. Sent in sick call slip for hand, rash, neck and needing my medications.
Another book given to me called "Don't Look Behind You," by Ann Rule, 2009 w/ 565 pages. Warden walked
through told him about my fall! 1717hrs. Went to Medical. Examined by Dr. Naranjo (orange) some doctor
who examined me for my neck on 9 Jul. Claims he's never seen me before !! My hand gets wrapped w/ a tongue
depressor stick to hold thumb in place. Ordered commissary for 14 Jul.

6 Jul, Wednesday. 0730 outside rec. Finally got medicine for pain (2400mg a day for pain, Ibuprofen), one
singular for my lungs (?). Took my 1st shower, given sz 12 shower shoes. Walked 2½ mi, mailed a letter
to Valerie.

7 Jul, Thursday. No shower, no rec. Unplugged my toilet. Got the address to 12th District Court House in Ala-
mogordo and the paperwork to pay for copies and notaries. Given my misconduct report by CO? Spoke w/ CO
Water about my property. Given another book called "The Contractor," by Colin McKinnon, 2009, 533 pages.
Ibuprofen does nothing for pain. Walked 1¼ mi, 300ea pushup, scissor leglifts/situps.

8 Jul, Friday. Took shower refused rec. Spoke w/ Sgt about my property. Not allowed to call Valerie because
I'm PHD (?). CO Waters told me I had thrown him under the bus and that I was a snitch (?) then
told "What property," that I didn't have any property! Washed whites by hand. Library came by and got two
new books. James Patterson "Private Down Under," 2014 w/ 568 pages and James Rollins "Innocent Blood,"
2014 w/ 641 pages. * Also in my property 5 envelopes and 5 stamps - 1wk, still no laundry bag !!
9 Jul, Saturday. Cleaned toilet, swept mopped cell. Read read read. For wk from 4-8 Jul, walked 7¼ mi,
1150 pushups, 1100 scissor situps. Sent out I GO library, sick call slip for my Meloxicam 15mg (arthritis).
10 Jul, Sunday. Read my Bible, wrote Valerie, reading my book, mail ltr to Valerie. Getting reading for tomorrow
by praying to God that I'm sent back to my pod or at least allowed to call Valerie! Scial I GO to Deputy
Warden for security ref: lost property!
11 Jul, Monday. Took shower, skipped recreation because of my hearing! Still writing. Given a red laun-
dry bag and a green pad to clean my sink. 2:45pm, still nothing? 1745 hrs. Went to see Dr. Naranjo. It
seems I have a fracture of my left thumb. I either need a cast or a thumb splint but will the state pay for it?
If not then I need to see an outside Orthopedic surgeon for this item! Why wouldn't the state pay for this? Exercised
today. Walked 1¾ miles, 300 ea. Pushup/situps. Wait to my hearing ptd I have to wait for Deputy Warden to decide.
12 Jul, Tuesday. Went to rec but no shower! Saw CO Waters, said he didn't have the key to the "Pay-
room," otherwise he would give me my legal folder and book. We'll see? Exercises today! Walked 2½ mi
Pushups/situps 300 each. 8pm, taken to medical BP 130/70 (?), HR63, O₂98. Have to go back to see
Dr. Naranjo ref: rash and injury to my neck. Medical used the auto BP machine.

5290          12600    4/3290
5280          10560
10560          1,160

Form CD-090101.1
Revised 6/04/14

**NEW MEXICO CORRECTIONS DEPARTMENT**
**INMATE MISCONDUCT REPORT**

| | | Date Written: 7-2-16 |
|---|---|---|
| | Log #: OCPF-16-415 | Time Written: 2118 |
| Name: Ramos John | NMCD: 80998 | Facility: OCPF | Unit: 51-18 |
| Date of Incident: 7-2-16 | Time of Incident: 1710 | Location of Incident: 51 | |

**CHARGE(S):**

A(39) Fighting

**REPORTING EMPLOYEE'S STATEMENT:**

On July 2, 2016 at approximately 1710 hours I officer F. Muniz #0442 was told that inmates Surratt, Danny #76632 and inmate Ramos, John #80998 had got into a physical altercation. I advised Lt. Soto and he was able to confirm through video recording.

| Pre-Hearing Detention? | (X) Yes ( ) No |
|---|---|
| Was Use of Force Applied? | ( ) Yes (X) No |
| Are Witnesses Statements Attached? | ( ) Yes (x) No |

Name of Witnesses:

| Reporting Employees Signature: | Print Name: F. Muniz | Title: Detention Officer |
|---|---|---|

Evidence Submitted to: (Chain of Custody)

| Submitted to Supervisor: (Signature) | Name SGT. Moya | Date: 7-2-16 | Time: 2130 hrs |
|---|---|---|---|

| Received by Disciplinary: Date: 7/5/16 | Time: 0800 hrs | Disciplinary Officer's Signature: |
|---|---|---|

RECEIVED
At Albuquerque NM

JAN 28 2017

MATTHEW J. DYKMAN
CLERK

EL PASO TX 799
THU 19 JAN 2017 PM

$007.570

CERTIFIED MAIL

7015 1520 0000 4203 6651

John Ramos 80988
OCPF 51-18
10 McGregor Range Rd.
Chaparral, NM.
88081

U.S. District Courthouse
333 Lomas Blvd, N.W.,
Suite 270
Albuquerque, NM 87102